UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JADE STREET PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LANCE BENTLEY, et al.,<br><br>Defendants. | Case No.18-cv-02304-VKD<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE**<br><br>**REPORT AND RECOMMENDATION RE STIPULATED JUDGMENT**<br><br>Re: Dkt. No. 10 |

Asserting diversity jurisdiction under 28 U.S.C. § 1332, plaintiff Jade Street Partners, LLC ("Jade Street") sues to recover $245,000.00 it says it was fraudulently induced to invest in a supposed project for the purchase and sale of jet fuel. The complaint alleges that Jade Street's claims arise out of a scheme designed and coordinated by the six named defendants: Lance Bentley, Nicholas Ross, Onassis Shores International, LLC ("Onassis Shores"), Fuel Technology International, LLC ("Fuel Technology"), Ross Recruitment Limited and Ross International.

Mr. Bentley, Onassis Shores and Fuel Technology, all of whom are alleged to be Arizona citizens,[1] waived service of the complaint and summons. Dkt. Nos. 7-9. Mr. Ross, Ross Recruitment Limited and Ross International allegedly all reside outside the United States and have not yet been served. *See* Dkt. Nos. 1, 12, 15.

Now before this Court is a Stipulation and Proposed Order ("Stipulated Judgment") by Jade Street, Mr. Bentley, Onassis Shores, and Fuel Technology for the entry of judgment in favor

---

[1] This Court directed Jade Street to clarify the citizenship of Onassis Shores and Fuel Technology. Dkt. No. 13. In response, Jade Street's counsel submitted a declaration appending records he said he downloaded from the Arizona Corporation Commission's website. Those records identify Mr. Bentley as the sole member or manager of both Onassis Shores and Fuel Technology.

1  of Jade Street and against these three defendants in the amount of $53,331.00. Dkt. No. 10. The

2  stipulating parties also request that the Court retain jurisdiction to enforce the terms of the

3  Stipulation. *Id*. ¶ 15.

4  As required by Civ. L.R. 5-1(i)(3), Jade Street's counsel avers that Mr. Bentley, Onassis

5  Shores, and Fuel Technology concur in the filing of the Stipulation. Dkt. No. 10 at 5.

6  Additionally, Jade Street has submitted a Proof of Service indicating that the Stipulation was

7  served on each of these three defendants by mailing a copy of it to a Mesa, Arizona address

8  identified by Mr. Bentley on the executed waivers of service. Dkt. No. 10 at ECF p. 6.

9  Having reviewed the matter, this Court finds good cause to approve and enter the

10 Stipulation and Proposed Order. However, absent the consent of all parties to proceed before a

11 United States magistrate judge, this Court does not have jurisdiction to issue dispositive orders and

12 must refer the case to a district judge. 28 U.S.C. § 636; *Williams v. King*, 875 F.3d 500 (9th Cir.

13 2017). Accordingly, IT IS ORDERED THAT this case be reassigned to a district judge, with the

14 RECOMMENDATION that the Stipulated Judgment by Jade Street, Mr. Bentley, Onassis Shores,

15 and Fuel Technology be approved and entered.

16 Jade Street is directed to serve defendants with this Report and Recommendation and to file a

17 proof of service with the Court. Any party may serve and file objections to this Report and

18 Recommendation within 14 days after being served. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; Civ.

19 L.R. 72-3.

20 **IT IS SO ORDERED.**

21 Dated:   September 17, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge