United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JADE STREET PARTNERS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LANCE BENTLEY, et al.,<br><br>    Defendants. | Case No. 18-CV-02304-LHK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 10, 16 |

On July 6, 2018, the parties filed a stipulation and proposed order for the entry of judgment in favor of Jade Street Partners, LLC ("Jade Street") and against three of the defendants—Lance Bentley, Onassis Shores International, LLC ("Onassis Shores"), and Fuel Technology International, LLC ("Fuel Technology)—in the amount of $53,331.00. ECF No. 10. The parties also requested that the Court retain jurisdiction to enforce the terms of the stipulation. *Id.*

On September 17, 2018, United States Magistrate Judge Virginia K. DeMarchi issued a Report and Recommendation that the District Judge approve and enter "the Stipulated Judgment by Jade Street, Mr. Bentley, Onassis Shores, and Fuel Technology." ECF No. 16. On September 17, 2018, the case was reassigned to the undersigned. No objections to the Report and Recommendation have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P.

1

Case No. 18-CV-02304-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION

72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, adopts the Report and Recommendation. The Court GRANTS the parties' stipulation. *See* ECF No. 10. The Stipulated Judgment is hereby approved and entered.

**IT IS SO ORDERED.**

Dated: October 3, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge